[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 27, 2006
THOMAS K. KAHN
CLERK

No. 05-17239
Non-Argument Calendar

D. C. Docket No. 04-01693-CV-T-24MSS
BKCY No. 03-00798-BKC-8P

In Re: TERRI L. STEFFEN,

                                                    Debtor.

_____

TERRI L. STEFFEN,

                                                    Plaintiff-Appellant,

                          versus

AKERMAN SENTERFITT,
a Florida Professional association,
MICHAEL I. GOLDBERG,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 27, 2006)**

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

Appellant raises two issues in appealing the summary judgment the district court granted in her legal malpractice case: (1) whether the court presented sufficient evidence of causation to warrant submission of the causation issue to a trier of fact; and (2) whether the court abused its discretion in denying appellant's motion for leave to amend her complaint to add two entities she owned as additional parties plaintiff.

Having considered the parties' briefs and the relevant portions of the record, we are convinced – for the reasons stated in the court's December 2, 2005 order granting appellees' motion for summary judgment – that appellant cannot prevail on the causation issue. And for the reasons stated in the court's November 30, 2005 order, we conclude that the court did not abuse its discretion in denying appellant's motion for leave to amend.

AFFIRMED.